**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RELIANCE INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                         Case No.  6:04-cv-1236-Orl-31JGG

**SAFEHARBOR EMPLOYER SERVICES I,**
**INC. f/k/a BNA Group II, Inc. &**
**PROFESSIONAL STAFFING-A.B.T.S.,**
**INC.,**

        **Defendants.**

_____

## ORDER

Plaintiff filed a Motion for Summary Judgment (Doc. 34) but its exhibits in support thereof were stricken as untimely (Doc. 39).  Defendants have filed a Response (Doc. 37) in opposition to the Motion.

Absent supporting exhibits, the Court has no basis to conclude that Plaintiff is entitled to judgment as a matter of law.  Both Plaintiff's claim and Defendant's affirmative defenses present disputed issues of material fact which preclude summary judgment.  Accordingly, it is

**ORDERED** that Plaintiff's Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 9, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                            GREGORY A. PRESNELL
                                             UNITED STATES DISTRICT JUDGE