# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RELIANCE INSURANCE COMPANY,**

      **Plaintiff,**

-vs-                                            Case No. 6:04-cv-1236-Orl-31JGG

**SAFEHARBOR EMPLOYER SERVICES I,
INC.** f/k/a BNA Group II, Inc. and
**PROFESSIONAL STAFFING-A.B.T.S.,
INC.,**

      **Defendants.**
_____

## ORDER

This matter comes before the Court on the Defendants' Exceptions to Plaintiff's Suggestion of Interest Calculation (Doc. 80) (the "Defendants' Exceptions"). The Plaintiff is hereby **ORDERED** to file a reply to the issues raised in the Defendants' Exceptions, not exceeding five pages in length, on or before May 1, 2006. Although the Court has not yet decided the issue, the reply should include separate interest calculations for each defendant.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 21, 2006.

                                                          GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party