**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RELIANCE INSURANCE COMPANY,**

      **Plaintiff,**

-vs-                                           Case No.  6:04-cv-1236-Orl-31JGG

**SAFEHARBOR EMPLOYER SERVICES I,**
**INC. f/k/a BNA Group II, Inc. and**
**PROFESSIONAL STAFFING-A.B.T.S.,**
**INC.,**

      **Defendants.**
_____

## ORDER

The Clerk is directed to enter judgment on behalf of Plaintiff, Reliance Insurance Company (in liquidation) as follows:

- Against Defendant, Safeharbor Employer Services I, Inc. in the amount of $758,226 plus pre-judgment interest in the amount of $212,347, for a total of $970,573.

- Against Professional Staffing-A.B.T.S., Inc. in the amount of $149,575 plus prejudgment interest in the amount of $37,437, for a total of $187,012.

The Court reserves jurisdiction to tax costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 22, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE